John Campbell, Esq.
Office of the Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel. 212-337-2111

SOL:JC
(06)03007

UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
ELAINE L. CHAO, Secretary of Labor,                  :
United States Department of Labor,
                                                     :    Civil Action File
                        Plaintiff,
                                                     :    No. 07-4843
            v.
                                                     :    **SERVICE NOTICE**
ORBITEX FINANCIAL SERVICES GROUP, INC
401(K) PLAN,                                         :
                        Defendant.
-----------------------------------------------------------------------

PLEASE TAKE NOTE that Elaine L. Chao, Secretary of Labor, United States Department of Labor, the Plaintiff in this matter, tells the Court that she has effected service on the Defendant Orbitex Financial Services Group, Inc. 401(k) Plan as follows:

   1. The Secretary's Investigators have left copies of the summons and complaint at the residence for the last known administrator of the Defendant, as described in the Return of Service Form attached hereto as Exhibit A; and,

1

2. Copies of the summons and complaint for this matter have been mailed to the last known administrator of the Defendant, as described in the Certificate of Service attached hereto as Exhibit B.

DATED: June 18, 2007
         New York, New York

                        PATRICIA M.R ODENHAUSEN
                        Regional Solicitor

              BY: ***John G. Campbell***
                        JOHN G. CAMPBELL
                        Attorney JC (2125)

POST OFFICE ADDRESS:

U.S. Department of Labor
Office of the Solicitor
201 Varick Street, Room 983
New York, New York 10014
(212) 337-2078/2111
FAX (212) 337-2112

**EXHIBIT A**

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/11/07  6:50 P.M |
| NAME OF SERVER (PRINT) Bernard Dolinsky | TITLE Senior Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Raul Aleman - Doorman
77-Seventh Ave - NYC - 212 929-0642

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/07
           Date

*Signature of Server*

US DOL/EBSA
33 Whitehall St, NYC
*Address of Server*

*[signature]*
Investigator
June 12, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT B**

John Campbell, Esq.
Office of the Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel. 212-337-2111

SOL:JC
(06)03007

UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
ELAINE L. CHAO, Secretary of Labor,                    :
United States Department of Labor,
                                                        :    Civil Action File
              Plaintiff,
                                                        :    No. 07-4843
       v.
                                                        :    **CERTIFICATE OF MAIL**
ORBITEX FINANCIAL SERVICES GROUP, INC                        **SERVICE**
401(K) PLAN,                                            :
              Defendant.
-----------------------------------------------------------------------

I, TAMMY LOWERY, being duly sworn, hereby declare the following under penalty of perjury:

   1. I am employed by the U.S. Department of Labor, Office of the Solicitor, at 201 Varick Street, Room 983, New York, New York 10014.

   2. On Thursday, June 14, 2007, I mailed via regular mail copies of the Summons and Complaint for this matter to Mitchell Appel at 77 Seventh Avenue, New York, New York 10011. I mailed these documents to that address in a securely sealed first class mail envelope.

Dated: June 18, 2007
       New York, New York

/s/: _Tammy Lowery_

1