John G. Campbell, Esq.
Office of the Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel. 212-337-2111
JC(2125)

SOL:JC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
ELAINE L. CHAO, Secretary of Labor,                      :
United States Department of Labor,
                                                         :   Civil Action
                                                             File No.
                    Plaintiff,                           :   07-cv-4843(TPG)
        v.
                                                         :

ORBITEX FINANCIAL SERVICES GROUP, INC                    :
401(K) PLAN,
                                                         :
                    Defendant.
-----------------------------------------------------------------------

## ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DEFAULT against defendant Orbitex Financial Services Group, Inc 401(k) Plan ("Orbitex" or "the Plan") is hereby entered as it appears from the docket of the Clerk that the Plaintiff filed her Summons and Complaint on June 7, 2006, which were then served upon one of the last known representatives of the Plan by means of "leave and mail" service as of June 14, 2007. The defendant has failed to plead or otherwise defend as

provided by this Rule.

Dated:

                                                          _____
CLERK
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF NEW YORK