John Campbell, Esq.
Office of the Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel. 212-337-2111

SOL:JC
(06)03007

UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
ELAINE L. CHAO, Secretary of Labor,                    :
United States Department of Labor,
                                                        :    Civil Action File
                        Plaintiff,
                                                        :    No.
            v.
                                                        :    **CERTIFICATE OF MAIL**
ORBITEX FINANCIAL SERVICES GROUP, INC                        **SERVICE**
401(K) PLAN,                                            :
                        Defendant.
-------------------------------------------------------------------

I, TAMMY LOWERY, being duly sworn, hereby declare the following under penalty of perjury:

    1. I am employed by the U.S. Department of Labor, Office of the Solicitor, at 201 Varick Street, Room 983, New York, New York 10014.

    2. On Thursday, July 19, 2007, I mailed via regular mail a copy of the Request to Enter Default and the proposed Entry of Default for this matter to Mitchell Appel at 77 Seventh Avenue, New York, New York 10011. I mailed these documents to that address in a securely sealed first class mail envelope.

Dated: July 19, 2007
       New York, New York

/s/ *Tammy Lowery*

1